ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5045
    FAX: (408) 535-5066
    Jeff.nedrow@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 20-70602-MAG |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| JASWINDER SINGH KAPOOR, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint without prejudice. The United States Attorney further moves that the Court quash the arrest warrant issued in connection with the complaint in this case against Jaswinder Singh Kapoor.

DATED: August 6, 2024

                                            Respectfully submitted,

                                            ISMAIL J. RAMSEY
                                            United States Attorney

                                            _____/s/_____
                                            MARTHA BOERSCH
                                            Chief, Criminal Division

NOTICE OF DISMISSAL
No. CR 20-70602-MAG_____

1   Leave is granted to the government to dismiss the complaint without prejudice.  It is further
2   ordered that the arrest warrant issued in connection with complaint in this case is quashed.

Date: August 7, 2024



HON                                     INS
United                                    e

NOTICE OF DISMISSAL
No. CR 20-70602-MAG_____